JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

WAYNE EVANS, an individual,

      Plaintiff,

    vs.

M. LEONARD & ASSOCIATES , etc., et al.

      Defendants.

Case No. 5:16-cv-02635-RGK (DB)

**[~~PROPOSED~~] ORDER UPON JOINT MOTION TO DISMISS, WITH PREJUDICE**

    Plaintiff WAYNE EVANS ("Plaintiff") and Defendant M. LEONARD & ASSOCIATES DBA DIVERSIFIED ACCEPTANCE CORPORATION ("Defendant") (collectively, the "Parties") have jointly moved this Court to dismiss this entire matter, with prejudice, with each party to bear its own costs and fees. The Parties' motion is GRANTED.

IT IS SO ORDERED.

DATED: June 26, 2017

_____

Honorable Judge of the
U.S. District Court